1052

[No. 73305-2-I.   Division One.   August 29, 2016.]

JACKSON J. MIKA, *Appellant*, v. JBC ENTERTAINMENT HOLDINGS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-02108-4, William L. Downing, J., entered March 4, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Appelwick and Leach, JJ.

[No. 73350-8-I.   Division One.   August 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. PETERSON BARZIE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-05984-8, Laura C. Inveen, J., entered April 1, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Trickey, A.C.J., and Cox, J.

[No. 73415-6-I.   Division One.   August 29, 2016.]

*In the Matter of the Marriage of* BARBARA TEMPLIN, *Appellant*, and JAMES KLAVANO, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-3-09952-1, Julie A. Spector, J., entered March 24, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Trickey, A.C.J., and Leach, J.

[Nos. 73495-4-I; 74230-2-I.   Division One.   August 29, 2016.]

NIKOLAY BELIKOV ET AL., *Respondents*, v. MARYANN HUHS ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 12-2-23972-0, Mariane C. Spearman, J., entered June 1, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Trickey, A.C.J., and Dwyer, J.